UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMARA WAREKA aka TAMARA WILLIAMS,<br><br>       Plaintiff,<br><br>- against -<br><br>CLARA MEDINA; MODERN BEAUTY STUDIO LLC; and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No. **3:23-cv-57**<br><br>**COPYRIGHT INFRINGEMENT** |

# COMPLAINT

Plaintiff Tamara Wareka aka Tamara Williams, for her Complaint against Defendants Clara Medina, Modern Beauty Studio LLC and DOES 1 through 10 inclusive, alleges as follows:

## LOCAL CIVIL RULE 10.1 STATEMENT

1. The mailing addresses of the parties to this action are:

Tamara Williams
c/o Higbee & Associates
1504 Brookhollow Drive Suite 112
Santa Ana, CA 92705

Clara Medina
776 Mountain Blvd
Watchung, NJ 07069

Modern Beauty Studio LLC
776 Mountain Blvd
Watchung, NJ 07069

1

## JURISDICTION AND VENUE

2. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

3. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

4. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of New Jersey, Defendant's acts of infringement were directed towards the state of New Jersey, Defendant caused injury to Plaintiff within the state of New Jersey, and Defendant has a physical presence in the state of New Jersey.

5. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claim occurred.

## PARTIES

6. Plaintiff Tamara Williams ("Williams") is an individual and professional photographer.

7. Defendant Modern Beauty Studio LLC ("Modern Beauty") is a business with an address of 776 Mountain Blvd, Watchung, NJ 07069.

8. Defendant Clara Medina ("Medina") is an individual and American Academy of Micropigmentation Platinum trainer and contributor.

9. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously

named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

10. Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed over 600,000 followers.

11. Williams' portfolio includes international clients and her work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as *NARS, KKW, Fenty*, and *Benefit*.

12. Williams is the sole author and exclusive rights holder to eighteen photographs of female models: five photographs of model India Alexandria (respectively, "Alexandria 1 Photograph," "Alexandria 2 Photograph," "Alexandria 3 Photograph," Alexandria 4 Photograph," and "Alexandria 5 Photograph"), (collectively, the "Alexandria Photographs"), one photograph of model Daisy Whittaker (the "Whittaker Photograph"), one photograph of model Hanna Edwinson (the "Edwinson Photograph"), one photograph of model Milan Dixon (the "Dixon Photograph"), one photograph of model Kahara Hodges (the "Hodges Photograph"), one photograph of model Yara Khmidan (the "Khmidan Photograph"), four photographs of Tashi Rodriguez (respectively, "Rodriguez 1 Photograph," "Rodriguez 2 Photograph," "Rodriguez 3 Photograph," and "Rodriguez 4 Photograph"), (collectively, the "Rodriguez Photographs"), one photograph of model Hana Cross (the "Cross Photograph"), one photograph of model Kimberly Rubira Adsuar p/k/a Cindy Wolfie (the "Wolfie Photograph"), one photograph of model Nisrina Sbia (the "Sbia Photograph"), and one photograph of model Laura Gwyneth (the "Gwyneth Photograph) (collectively the "Photographs").

13.     Attached hereto as Exhibit A are true and correct copies of the Photographs.

14.     Williams registered the Photographs with the United States Copyright Office. The "Alexandria 1 Photograph" and "Alexandria 3 Photograph" are registered under Registration Number VA 2-116-919. The "Whittaker Photograph," the "Cross Photograph", the "Rodriguez 2 Photograph," the "Rodriguez 3 Photograph," and the "Rodriguez 4 Photograph" are registered under Registration Number VA 2-130-596. The "Alexandria 2 Photograph," "Alexandria 4 Photograph," the "Alexandria 5 Photograph" and "Gwyneth Photograph" are registered under Registration Number VA 2-114-447. The "Edwinson Photograph" and "Sbia Photograph" are registered under Registration Number VA-2-116-920. The "Dixon Photograph," the "Hodges Photograph" and the "Khmidan Photograph" are registered under Registration Number VA 2-197-150. The "Rodriguez 1 Photograph" is registered under Registration Number VA 2-116-917. The "Wolfie Photograph" is registered under Registration Number VA 2-197-148.

15.     Defendant Modern Beauty specializes, among other things, in permanent makeup, eyelash services, and tattoo removal.

16.     Modern Beauty also offers micropigmentation expertise and permanent cosmetics courses through its Modern Beauty Studio Academy.

17.     Modern Beauty Studio Academy helps its students achieve gold membership in American Academy of Micropigmentation ("AMM") by coaching its students in ombre shading, microblading, eyeliner tattoo, lip blush, and tattoo removal and corrections.

18.     Defendant Medina is an individual and American Academy of Micropigmentation Platinum trainer and contributor.

19. Defendant Medina's artistry, training methods, and passion for helping artists gained the utmost recognition from several industry brands such as Permablend, Beauty Angel, Hyve Beauty, and PhiBrow International.

20. Clara's Background and determination to provide an elevated learning experience allowed her to master one-of-a-kind techniques and share them with over 1,000 thriving students worldwide.

21. On information and belief, Medina is the owner and sole principle of Modern Beauty.

22. On information and belief, as the owner and sole principle of Modern Beauty, Medina has the right and ability to supervise and control all of Modern Beauty's advertising, including through its social media accounts.

23. Modern Beauty is the owner and operator of the website https://www.modernbeautystudio.net ("Website").

24. Modern Beauty advertises its services through its Website.

25. On or about June 8, 2020, Williams discovered that the Alexandria 1 Photograph was being used by Modern Beauty on the homepage of its Website.

26. On or about June 8, 2020, Williams discovered that the Alexandria 1 Photograph was being used by Modern Beauty on the "About" page of its Website.

27. Attached hereto as Exhibit B are true and correct screenshots of the use of the Alexandria 1 Photograph on Modern Beauty's Website.

28. Modern Beauty also maintains a Facebook page, https://www.facebook.com/modernbeautynj/ ("Facebook Page").

29. Williams is informed and believes Modern Beauty markets its services through its Facebook Page in order to attract user traffic and drive customer revenue.

30. On or about June 8, 2020, Williams discovered that the Alexandria 1 Photograph was being used by Modern Beauty on its Facebook Page to advertise its "summer special $100 off" and incentivize its users to "book now."

31. Attached hereto as Exhibit C is a true and correct screenshot of the use of the Alexandria 1 Photograph on Modern Beauty's Facebook Page.

32. Modern Beauty also maintains an Instagram page, https://www.instagram.com/modernbeautynj/ under the handle @modernbeautynj ("Instagram Page").

33. Williams is informed and believes Modern Beauty markets its services through its Instagram Page in order to attract user traffic and drive customer revenue.

34. On or about July 21, 2020, Williams discovered that the Alexandria 1 Photograph was being used by Modern Beauty on its Instagram Page to promote its services, along with the hashtag "#blackfriday2018," and portray potential results of what can be achieved with Modern Beauty's treatments.

35. On or about July 21, 2020, Williams discovered an additional post of the Alexandria 1 Photograph used by Modern Beauty on its Instagram Page in an additional post to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

36. On or about July 21, 2020, Williams discovered that the Alexandria 2 Photograph was being used by Modern Beauty on its Instagram Page to suggest clients trust Modern Beauty's services.

37. On or about July 21, 2020, Williams discovered that the Alexandria 2 Photograph was being used by Modern Beauty on its Instagram Page in an additional post to promote its services, such as microneedling, and portray potential results of what can be achieved with Modern Beauty's treatments.

38. On or about July 21, 2020, Williams discovered that the Alexandria 3 Photograph was being used by Modern Beauty on its Instagram Page to promote its services, such as brow services, and portray potential results of what can be achieved with Modern Beauty's treatments.

39. On or about July 21, 2020, Williams discovered that the Alexandria 3 Photograph was being used by Modern Beauty on its Instagram Page in an additional post to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

40. On or about July 21, 2020, Williams discovered that the Alexandria 4 Photograph was being used by Modern Beauty on its Instagram Page to promote its services, such as brow services, and portray potential results of what can be achieved with Modern Beauty's treatments.

41. On or about July 21, 2020, Williams discovered that the Alexandria 5 Photograph was being used by Modern Beauty on its Instagram Page to promote its services, along with the hashtag "#microblading" and portray potential results of what can be achieved with Modern Beauty's treatments.

42. On or about July 21, 2020, Williams discovered that the Alexandria 5 Photograph was being used by Modern Beauty on its Instagram Page in an additional post to promote its services, along with the hashtag "#microblading" and portray potential results of what can be achieved with Modern Beauty's treatments.

43. On or about June 8, 2020, Williams discovered that the Whittaker Photograph was being used by Modern Beauty on its Instagram Page to promote its services, such as collagen induction therapy, and portray potential results of what can be achieved with Modern Beauty's treatments.

44. On or about July 21, 2020, Williams discovered that the Edwinson Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

45. On or about July 21, 2020, Williams discovered that the Dixon Photograph was being used by Modern Beauty on its Instagram Page to promote its

7

services and portray potential results of what can be achieved with Modern Beauty's treatments.

46. On or about August 4, 2020, Williams discovered that the Hodges Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

47. On or about August 4, 2020, Williams discovered that the Khmidan Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

48. On or about August 4, 2020, Williams discovered that the Tashi 1 Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

49. On or about August 19, 2020, Williams discovered that the Tashi 2 Photograph was being used by Modern Beauty on its Instagram Page to praise Williams' work and her ability to "enhance beauty" through her lenses.

50. On or about August 19, 2020, Williams discovered that the Tashi 2 Photograph was being used by Modern Beauty on its Instagram Page in an additional post to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

51. On or about August 19, 2020, Williams discovered that the Tashi 3 Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

52. On or about August 19, 2020, Williams discovered that the Tashi 3 Photograph was being used by Modern Beauty on its Instagram Page in an additional

post to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

53. On or about August 19, 2020, Williams discovered that the Tashi 4 Photograph was being used by Modern Beauty on its Instagram to praise Williams' work and its ability to inspire Defendants.

54. On or about August 4, 2020, Williams discovered that the Cross Photograph was being used by Modern Beauty on its Instagram Page to promote its services, such as brow services, and portray potential results of what can be achieved with Modern Beauty's treatments.

55. On or about August 4, 2020, Williams discovered that the Wolfie Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

56. On or about August 4, 2020, Williams discovered that the Sbia Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

57. On or about August 4, 2020, Williams discovered that the Gwyneth Photograph was being used by Modern Beauty on its Instagram Page to promote its services and portray potential results of what can be achieved with Modern Beauty's treatments.

58. Attached hereto as Exhibit D are true and correct screenshots of the use of the Photographs on Modern Beauty's Instagram Page.

59. Modern Beauty never purchased a license to use the Photographs in any manner.

60. Williams is informed and believes Modern Beauty uploaded the Alexandria 1 Photograph to Modern Beauty's Website.

61. Williams is informed and believes Modern Beauty uploaded the Alexandria 1 Photograph to Modern Beauty's Facebook Page.

62. Williams is informed and believes Modern Beauty uploaded the Photographs to Modern Beauty's Instagram Page.

63. Williams has made several attempts to settle this case prior to the filing of this Complaint.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

64. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

65. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Photographs.

66. Plaintiff is informed and believes and thereon alleges that said Defendant willfully infringed upon Plaintiff's copyrighted Photographs in violation of Title 17 of the U.S. Code, because, *inter alia*, the Defendant also knew or should have known that they did not have a legitimate license for the Photographs.

67. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

68. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

69. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

/ / /

/ / /

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Photographs by copying, displaying, and distributing it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: January 5, 2023

Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 30812012
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
mclark@higbeeassociates.com
*Attorney for Plaintiff*